WILMERHALE

June 4, 2010

Victor F. Souto

+1 212 937 7224(t)
+1 212 230 8888(f)
victor.souto@wilmerhale.com

**VIA ECF**

Honorable Claire C. Cecchi
Martin Luther King, Jr. Federal Building
    and U.S. Courthouse
50 Walnut Street, Room 2064
Newark, New Jersey 07102

Re:  *Ledalite Architectural Products v. Finelite, Inc.*, Case No. 2-09-cv-06155

Dear Judge Cecchi:

We are counsel for plaintiff Ledalite Architectural Products ("Ledalite") in the above-referenced matter.  We write to clarify a statement in defendant Finelite, Inc's ("Finelite") June 1, 2010 letter to Your Honor requesting leave to file a motion to transfer this case to Finelite's home forum, the Northern District of California.

Finelite states in its letter that "[a]ll of the accused products were designed, developed, manufactured, marketed, and sold by Finelite in California."  The accused products have also been marketed and sold in New Jersey, and individuals who reside in New Jersey will be relevant witnesses in this case.  Accordingly, while Ledalite does not oppose Finelite's request for leave to file a motion to transfer, Ledalite will oppose Finelite's motion should Your Honor grant permission to file it.  Ledalite will respond to the remainder of Finelite's assertions and arguments in its opposition to Finelite's motion.

Very truly yours,


/s/ Victor F. Souto


Victor F. Souto
cc: Karen Boyd (via email)
    Joshua M. Masur (via email)
    John T. Whipple (via email)
    Jennifer Castranova (via email)
    Cynthia D. Vreeland
    Joel Cavanaugh

Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022

Beijing    Berlin    Boston    Brussels    Frankfurt    London    Los Angeles    New York    Oxford    Palo Alto    Waltham    Washington