UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **LEDALITE ARCHITECTURAL PRODUCTS** | : | |
| | : | |
| | : | **Civil Action No. 09-6155 (JLL)** |
| **Plaintiff(s),** | : | |
| | : | **ORDER** |
| v. | : | |
| | : | |
| **FINELITE, INC.** | : | |
| | : | |
| | : | |
| **Defendant(s).** | : | |
| | : | |

   **IT IS** on this 10th day of June, 2010

   **ORDERED** that the in-person initial scheduling conference set for July 6, 2010 at 2:00 p.m. is hereby adjourned.  The Court will notify the parties regarding a new date for the conference.


                                                            *s/ Claire C. Cecchi*
                                                            **HON. CLAIRE C. CECCHI**
                                                            **United States Magistrate Judge**