Joshua M. Masur (*pro hac vice*)
   *masur@turnerboyd.com*
Karen I. Boyd (*pro hac vice*)
   *boyd@turnerboyd.com*
TURNER BOYD, LLP
2625 Middlefield Road #675
Palo Alto, California 94306
Telephone: (650) 529-1575
Facsimile: (650) 472-8028

John Whipple
   *jwhipple@pashmanstein.com*
Jennifer Castranova
   *jcastranova@pashmanstein.com*
PASHMAN STEIN, P.C.
Court Plaza South
21 Main Street, Suite 100
Hackensack, NJ 07601
Telephone: (201) 488-8200
Facsimile: (201) 488-5556

Attorneys for Defendant
FINELITE, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEDALITE ARCHITECTURAL PRODUCTS,<br><br>        *Plaintiff,*<br><br>   v.<br><br>FINELITE, INC.,<br><br>        *Defendant.* | Civil Action No. 2-09-cv-06155<br><br>JURY TRIAL DEMANDED |

### DEFENDANT FINELITE'S NOTICE OF MOTION AND MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1404(a)

PLEASE TAKE NOTICE, that as soon as counsel may be heard, defendant Finelite, Inc. shall move to transfer the venue of this action to the Northern District of California pursuant to 28 U.S.C. § 1404(a).

This motion to dismiss will be based on this notice of motion; the accompanying memorandum of points and authorities, declarations and exhibits filed in support thereof; all other materials on file herein; and on such other matters this Court may consider at the hearing. As set forth in the Memorandum in Support filed with this Motion, this action has no significant connection with the District of New Jersey, and should instead be heard in the venue with a meaningful connection to the alleged infringement, the Northern District of California.

Date: June 10, 2010

/s/
John Whipple
PASHMAN STEIN, P.C.

*Attorney for Defendant Finelite, Inc.*