Joshua M. Masur (*pro hac vice*)
   masur@turnerboyd.com
Karen I. Boyd (*pro hac vice*)
   boyd@turnerboyd.com
TURNER BOYD, LLP
2625 Middlefield Road #675
Palo Alto, California 94306
Telephone: (650) 529-1575
Facsimile: (650) 472-8028

John Whipple
   jwhipple@pashmanstein.com
Jennifer Castranova
   jcastranova@pashmanstein.com
PASHMAN STEIN, P.C.
Court Plaza South
21 Main Street, Suite 100
Hackensack, NJ 07601
Telephone: (201) 488-8200
Facsimile: (201) 488-5556

Attorneys for Defendant
FINELITE, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LEDALITE ARCHITECTURAL PRODUCTS,<br><br>                *Plaintiff,*<br><br>   v.<br><br>FINELITE, INC.,<br><br>                *Defendant.* | Civil Action No. 2-09-cv-06155<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF TERRY CLARK IN SUPPORT OF DEFENDANT FINELITE, INC.'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1404(A)**

I, Terry Clark, declare:

    1.    I founded Finelite, Inc., the defendant in the above action, in 1991 and currently serve as its Chief Executive Officer. Finelite develops innovative, attractive, high-performance,

— 1 —

and environmentally sustainable lighting systems, builds them in the United States, and sells them at affordable prices throughout the United States and Canada. I make this declaration of my own personal knowledge and could and would testify to the facts contained in this Declaration.

2. Finelite is incorporated under the laws of California and has its principal place of business at its corporate headquarters, located at 30500 Whipple Road, Union City, California 94587.

3. All decisions regarding the development, testing, research and production, marketing and sale of the allegedly infringing products at issue in this action occurred at Finelite's corporate headquarters in Union City, California.

4. Finelite has no corporate presence or employees in the State of New Jersey.

5. All shipments of allegedly infringing products at issue in this action to purchasers in New Jersey were shipped F.O.B. Union City. A true and correct copy of the purchase order, order acknowledgment, and invoice, with financial information redacted, for a sale of products that I understand were installed in New Jersey is attached hereto as Exhibit A.

6. Fewer than one-eighth of the accused HPR-series products sold as of April 21, 2010 appear to have been delivered to customers in New Jersey. Larger deliveries were made to customers for installation in Texas and Colorado, and comparable quantities were delivered to purchasers for installation in California and New York. A true and correct copy of a sales report categorized by shipping destination, with unit sales redacted, is attached hereto as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 10, 2010, at Union City, California

Terry Clark     6/10/10

— 2 —

# Exhibit A

```
***** PURCHASE ORDER *****                               PO NUMBER                    PAGE
                                                         712961-DIR-2611980             1
WARSHAUER ELECTRIC-TECH CENTER      PHONE:(732)741-6400
800 SHREWSBURY AVENUE               FAX:(732)741-3866

TINTON FALLS          NJ 07724
                                         PO DATE    SHIP VIA                     DUE DATE

                                         04/27/09                                04/27/09

FINELITE INC                        SHIP TO >>>>  AL KAY OF CENTURY ELECTRIC
31285 SAN CLEMENTE STREET                         C/O VERIZON EISENHOWER PLAZA
                                                  290 WEST MT PLEASANT AVE
HAYWARD               CA 94544                    LIVINGSTON         NJ 07039
                                                  LOAD DOCK IN REAR OF BLDG 1

WH   VENDOR    TELEPHONE     TERMS                         FOB

40   993500    510-441-1100  NET 30                        FREIGHT ALLOWED

LN   QTY    ITEM/DCI/VEND-ITEM DESCRIPTION        UNIT PRICE U/M   EXT PRICE

 1          ** COMMENT **    RELEASE FOR IMMEDIATE SHIPMENT
                             VIA TRUCK ONLY, WITH 48 HRS
                             PRIOR NOTICE TO AL KAY AT
                             973 390 5792 OR ME 201 6130717

 2          ** COMMENT **    NO UPS, FEDEX OR = ALLOWED
                             PLEASE MARK EACH LABEL WITH
                             THE LISTED TYPE LETTER IN ADD-
                             ITION TO THE FULL CAT NUMBER

 3    [ ]   FIN*HPR12X42T8DCOS  FINELITE HPR 1 2X4 2T8 DCO SC
                             277 C1 .88 LP835 3100L LAMPS
                             TYPE B
                                                              E    [ ]

 4    [ ]   FIN*HPR12X4D100BD  FINELITE HPR 1 2X4 2T8 DCO SC
                             277 C1 D10 10V OBD LP835 3100L
                             LAMPS
                             TYPE B1
                                                              E    [ ]

 5    [ ]   FIN*HPR12X22T8DCO  FINELITE HPR 1 2X2 2T8 DCO SC
                             277 C1 .88 LP835
                             TYPE F
                                                              E    [ ]

 6          ** COMMENT **    ALL FINELITE WILL BE PER JANE'
                             LETTER OF 4/17/09 AND PRELAMP-
                             ED, SHRINKWRAPPED, MINIMAL
                             CARDBOARD, PALLETIZED, SINGLE

                        *** CONTINUED ON NEXT FORM ***
```

```
***** PURCHASE ORDER *****                                    PO NUMBER              PAGE
                                                              -------------------
                                                              712961-DIR-2611980      2
WARSHAUER ELECTRIC-TECH CENTER        PHONE:(732)741-6400
800 SHREWSBURY AVENUE                 FAX:(732)741-3866

TINTON FALLS        NJ 07724
                                      PO DATE   SHIP VIA                      DUE DATE
                                      --------  ---------------------         --------
                                      04/27/09                                04/27/09


FINELITE INC                          SHIP TO >>>> AL KAY OF CENTURY ELECTRIC
31285 SAN CLEMENTE STREET                          C/O VERIZON @EISENHOWER PLAZA
                                                   290 WEST MT PLEASANT AVE
HAYWARD             CA 94544                       LIVINGSTON          NJ 07039
                                                   LOAD DOCK IN REAR OF BLDG 1

WH   VENDOR   TELEPHONE      TERMS                              FOB
---  ------   ------------   ------                             -----------------
40   993500   510-441-1100   NET 30                             FREIGHT ALLOWED

LN   QTY      ITEM/DCI/VEND-ITEM  DESCRIPTION        UNIT PRICE U/M   EXT PRICE
---  ----     -----------------   -----------        -----------------  ---------

 7            ** COMMENT **       LEVEL LOADING
                                  PLEASE NOTE THE FOLLOWING ADD
                                  & SEND ME THE PRICING. ASSUMIN
                                  30 PER CASE-REVISE TO 2 CASES

 8            ** COMMENT **       IF NOT 30 PER

 9            FIN*3100L835LAMPS   FINELITE 835, 3100L LAMPS
                                  AS SPARES
                                                              E



BUYER: CAROL A FERNANDEZ                                      TOTAL
```

# FINELITE

## Order Acknowledgement

# A46541

### Customer Information
**Name:** Warshauer Electric Supply
**Address:** 800 Shrewsbury Ave.
Tinton Falls, NJ 07724
**Freight:** Paid by Finelite
**Terms:** Net 30   FOB Union City

### Project Information
**Name:** Verizon
**Customer PO#:** 712961DIR2611980
**Finelite Job #:** A46541
**Primary rep:** Liberty Lighting Group, Inc
**Prepared by:** Alicia Hernandez
**Order Date:** 4/27/09
**Revision Date:** 4/30/09
**Project Status:** RELEASED

### Shipping Information
**Name:** Al Kay of Century Electric
**Address:** c/o Verizon @ Eisenhower Plaza
290 West Mt Pleasant Ave Rte 10
Livingston, NJ 07039
United States
**Special Instructions:**
Deliver to load dock in rear of bldg #1. Requires Job Pack (no ctns), Shrink wrapped & Palletized. Single stack. Alt# Carol Fernandez (201)213-0717.
Call: 48 hours before
Al Kay At: (973) 390-5792
**Ship Via:** Best Way
**Packaging:** Job Pack

Type B1 requires FD-301 Sensor w/Power Pack installed (OBD). Type F use standard ECO 835 T8. lamps.

### Fixtures

| Item | Qty | Fixture Type | Description |
|------|-----|--------------|-------------|
| 1 | | B | HPR-1-STD-DCO-4-2T8-SYL835-96-277-SC-GENIS10-.875--96 LG |
| 2 | | F | HPR-1-STD-DCO-2-2T8-FC835-96-277-SC-GENIS10-.875--96 LG |
| 3 | | B1 | HPR-1-STD-DCO-4-2T8-SYL835-96-277-SC-OSRDIM10-.875--96 LG-OBD |

### Additional Parts

| Item | Qty | Type | Part # | Description |
|------|-----|------|--------|-------------|
| 1 | | | 93390 | Lamp Syl/XPS/Eco T8 835 4 |

**Order Date:** 4/27/09
**Scheduled Ship Date:** 5/11/09

### TERMS AND CONDITIONS:

1. The phrase "Per Plans and Specifications" is not acceptable to Finelite. Finelite builds fixtures per the attached drawings.
2. Terms are full payment prior to shipment unless credit has been pre-approved. Once credit has been approved, payment terms are Net 30.
3. Product is FOB Finelite's factory. Freight damage claims are the responsibility of the customer.
4. Freight on this order is Allowed. If you have any questions please contact your Finelite representative.
5. Ballasts, lamps, control systems, and battery back-up systems are warranteed by the manufacturer. Contact the manufacturer directly to determine the proper method of repair or replacement.
6. Finelite guarantees material and workmanship for a period of five years from the date of shipment. Any implied warranty for fitness for any particular use is expressly disclaimed. Finelite will limit its actions to furnishing new parts, free of charge, in exchange for parts proven to be defective and does not include any other costs of removal, installation, or other project charges. *Finelite will not allow unauthorized back charges or payment discounts.* You must call Finelite prior to proceeding with any modifications to the fixtures.
7. Finelite shall not be liable for any costs associated with job schedules due to missed delivery commitments or fulfillment or performance of this contract.

Finelite, Inc. - 30500 Whipple Road - Union City - CA - 94587 - (510)441-1100 - Fax: (510)441-1510

# INTERNAL COPY

# INVOICE A46541

**FINELITE**
*Better Lighting for a Better Workplace*
30500 Whipple Road
Union City, CA 94587

Phone: 510/441-1100
Fax: 510/441-2973

**Invoice Date:** 05/26/2009

**Job Name:** Verizon
**Shipping Company:** NORTH AMERICAN TRANSPORTATION
**Customer PO:** 712961DIR2611980

**Bill To:** Warshauer Electric Supply
800 Shrewsbury Ave.
Tinton Falls, NJ 07724

**Ship To:** Al Kay of Century Electric
c/o Verizon @ Eisenhower Plaza
290 West Mt Pleasant Ave Rte 10
Livingston, NJ 07039

**Rep Company**
Liberty Lighting Group, Inc

| | Base Commission | Bonus Commission |
|---|---|---|
| | ■ | ■ |

### Order for Individual Parts

| Quantity | Description |
|---|---|
| 60 | Lamp Syl/XPS/Eco T8 835 4 |

### Order for Fixture Runs.

| Qty | Mark | Ser | Perf | Lgth | X-C | Lmp | Brnd | Ref | Volt | CKT | Ball | Cap | Color | EM/NL | Opts | Sens | Susp | Lgth |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ■ | B1 | HPR-1 | STD | 4 | 2 | T8 | Syl | 96LG | 277 | SC | OS | | 96 LG | | FD-3 | | None | 0 |
| ■ | F | HPR-1 | STD | 2 | 2 | T8 | FC | 96LG | 277 | SC | Gen | | 96 LG | | | | None | 0 |
| ■ | B | HPR-1 | STD | 4 | 2 | T8 | Syl | 96LG | 277 | SC | Gen | | 96 LG | | | | None | 0 |

**Terms:** Net 30
All product is shipped FOB Union City, CA
Freight on this order is Allowed. If you have any questions please contact your Finelite representative.

| | |
|---|---|
| Subtotal: | ■ |
| Sales Tax: | ■ |
| Freight: | ■ |
| Total Due: | ■ USD |

## Thank you for your business

Page 1

# Exhibit B

| Ship to | Total Units shipped | % of Total Units shipped |
|---|---|---|
| TX | ■ | 17.80% |
| CO | ■ | 12.95% |
| NJ | ■ | 12.49% |
| CA | ■ | 11.78% |
| NY | ■ | 10.86% |
| CT | ■ | 9.64% |
| PA | ■ | 7.65% |
| IN | ■ | 6.66% |
| MD | ■ | 2.55% |
| MA | ■ | 2.00% |
| WI | ■ | 0.85% |
| MI | ■ | 0.83% |
| NC | ■ | 0.79% |
| IA | ■ | 0.51% |
| WA | ■ | 0.42% |
| VA | ■ | 0.40% |
| FL | ■ | 0.34% |
| MT | ■ | 0.30% |
| ME | ■ | 0.21% |
| KY | ■ | 0.19% |
| Canada | ■ | 0.17% |
| MO | ■ | 0.16% |
| ONT | ■ | 0.16% |
| WV | ■ | 0.09% |
| UT | ■ | 0.08% |
| SC | ■ | 0.07% |
| TN | ■ | 0.05% |
| VT | ■ | 0.05% |
| DC | ■ | 0.05% |
| DE | ■ | 0.02% |
| OH | ■ | 0.02% |
| MN | ■ | 0.01% |
| Total excluding Canada | ■ | 1 |