Victor F. Souto
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Tel:  (212) 230-8800
Fax:  (212) 230-8888

Cynthia D. Vreeland (admitted *pro hac vice*)
Joel Cavanaugh (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

Attorneys for Plaintiff
LEDALITE ARCHITECTURAL PRODUCTS

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEDALITE ARCHITECTURAL PRODUCTS,<br><br>Plaintiff,<br><br>v.<br><br>FINELITE, INC.,<br><br>Defendant. | Civil Action No. 2:09-cv-06155 |

## Certificate Of Service

I, Joel Cavanaugh, of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP,

counsel for plaintiff Ledalite Architectural Products, hereby certify under penalty of perjury of

the laws of the United States that the foregoing documents, titled:

1. PLAINTIFF LEDALITE ARCHITECTURAL PRODUCTS' MEMORANDUM IN
   OPPOSITION TO DEFENDANT FINELITE, INC.'S MOTION TO TRANSFER
   VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28
   U.S.C. § 1404(a)

-1-

US1DOCS 7570251v1

2. DECLARATION OF JOEL CAVANAUGH IN SUPPORT OF PLAINTIFF LEDALITE ARCHITECTURAL PRODUCTS' MEMORANDUM IN OPPOSITION TO DEFENDANT FINELITE, INC.'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1404(a)

3. DECLARATION OF LANCE HOWITT IN SUPPORT OF PLAINTIFF LEDALITE ARCHITECTURAL PRODUCTS' MEMORANDUM IN OPPOSITION TO DEFENDANT FINELITE, INC.'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1404(a)

were served via electronic mail, pursuant to agreement of the parties, on counsel for Defendant

Finelite, Inc.

Karen Boyd
boyd@turnerboyd.com
Joshua M. Masur
masur@turnerboyd.com
Turner Boyd LLP
2625 Middlefield Road
Palo Alto, California 94306

John Whipple
jwhipple@pashmanstein.com
Jennifer Castranova
jcastranova@pashmanstein.com
Pashman Stein PC
21 Main Street
Hackensack, New Jersey 07601-7021

DATED: June 21, 2010                    By: _____
                                            Joel Cavanaugh

-2-