UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEDALITE ARCHITECTURAL PRODUCTS,<br><br>Plaintiff,<br><br>v.<br><br>FINELITE, INC.,<br><br>Defendant. | Civil Action No. 2:09-cv-06155 |

## STIPULATION OF DISMISSAL

Plaintiff Ledalite Architectural Products, Inc. ("Ledalite") and Defendant Finelite, Inc. ("Finelite") (collectively, the "Parties") request that the Court voluntarily dismiss Ledalite's claims against Finelite WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41 and pursuant to a settlement agreement between the Parties.

The Parties further stipulate that each party shall bear its own fees and costs.

/S/ Victor F. Souto
_____

Victor F. Souto
WILMER CUTLER PICKERING HALE AND
DORR LLP
399 Park Avenue
New York, New York 10022

Cynthia D. Vreeland (*pro hac vice*)
Joel Cavanaugh (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND
DORR LLP
60 State Street
Boston, Massachusetts 02109

*Attorneys for Plaintiff Ledalite*
*Architectural Products*

DATED: December 23, 2010

/S/ John Whipple
_____

John Whipple
Jennifer Castranova
PASHMAN STEIN, P.C.
Court Plaza South
21 Main Street, Suit 100
Hackensack, NJ 07601

Joshua M. Masur (*pro hac vice*)
Karen I. Boyd (*pro hac vice*)
TURNER BOYD, LLP
2570 W. El Camino Real, Suite 380
Mountain View, CA 94040

*Attorneys for Defendant Finelite, Inc.*

SO ORDERED: _____
DATED: 12/23/10

-1-